584 A.2d 211

STATE OF NEW JERSEY v. THOMAS EUGENE BYRD.

May 7, 1990.

Petition for certification denied.

584 A.2d 211

STATE OF NEW JERSEY v. FRANK PAVAO.

May 7, 1990.

Petition for certification denied. (See 239 *N.J.Super.* 206, 570 *A.*2d 1285.)

584 A.2d 211

STATE OF NEW JERSEY v. JAMES BOST.

May 7, 1990.

Petition for certification denied.

584 A.2d 212

STATE OF NEW JERSEY v. CORNELL MICHAEL WOOD.

May 7, 1990.

Petition for certification denied.

584 A.2d 212

STATE OF NEW JERSEY v. SHALABY SHAKIR.

May 7, 1990.

Petition for certification denied.